**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | | |
|---|---|---|
| **VALERIE CULLERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 2:26-cv-02520-JWB-GEB** |
| | ) | |
| **UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT ABIGAIL RODDY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Abigail Roddy ("Roddy") timely moves to dismiss Plaintiff's Third through Fifth Causes of Action pursuant to Fed. R. Civ. P. 12(b)(6). In support of her Motion, Roddy states as follows:

1. Plaintiff brings three causes of action against Roddy individually (Counts III through V).[1] Each cause of action relies on 42 U.S.C. § 1983 to impose individual liability on Roddy as an alleged "State Actor."

2. In Count III, Plaintiff alleges Roddy violated the Equal Protection Clause through intentional race and national-origin discrimination. Doc. 1 at ¶¶ 125–132. Count IV alleges Roddy violated Plaintiff's rights under 42 U.S.C. § 1981 by discriminating against Plaintiff because of her race and ethnic ancestry in connection with her employment relationship with UKHA. *Id.* at ¶¶ 133–156. Count V alleges Roddy violated § 1981 by retaliating against Plaintiff after Plaintiff allegedly complained of race and ethnic-ancestry discrimination. *Id.* at ¶¶ 157–172.

[1] Plaintiff's First and Second Causes of Action are pled against Defendant University of Kansas Hospital Authority and are not the subject to this Motion to Dismiss.

3. First, Plaintiff's Complaint fails to state a claim upon which relief can be granted because Plaintiff's Complaint contains only conclusory statements and legal conclusions that Roddy, in her individual capacity, is a "State Actor" such that she can be liable under § 1983. Further, Plaintiff's allegations do not meet any of the tests in the Tenth Circuit to plausible allege state action as required for a § 1983 claim. Accordingly, Counts III through V should be dismissed.

4. Second, Plaintiff's Complaint independently fails to state a claim for discrimination under § 1981, because Plaintiff improperly aggregates the actions and decisions of several individuals, combining them to support the legal conclusion that Roddy discriminated against her. Similarly, Plaintiff fails to state a claim for retaliation under § 1981 because she alleges Roddy had knowledge of her alleged protected activity only **after** she prepared the final warning leading to Plaintiff's termination. Accordingly, Counts IV and V should be dismissed.

5. Finally, because Plaintiff will be unable to assert any factual basis sufficient to support her claim that Roddy is a "State Actor" such that she can be held liable under § 1983, any further amendment to the Complaint will be futile and, therefore, an unnecessary and costly endeavor. Accordingly, Counts III through V should be dismissed with prejudice.

Roddy is filing her Memorandum in Support of her Motion contemporaneously with the Motion and incorporates the suggestions as if set forth fully herein.

WHEREFORE, Roddy respectfully requests that this Court grant this Motion to Dismiss Plaintiff's Third through Fifth Causes of Action, with prejudice, and for any such other relief the Court deems appropriate.

Respectfully submitted,

POLSINELLI PC

By: *___/s/ Meghan H. Hanson_____________*

ERIC E. PACKEL (KS #23070)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
epackel@polsinelli.com
eberg@polsinelli.com

Meghan H. Hanson (#78869)
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
(816) 360-3404
mhanson@polsinelli.com

ATTORNEYS FOR DEFENDANTS
UNIVERSITY OF KANSAS HOSPITAL
AUTHORITY AND ABIGAIL RODDY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (__) United States Mail, postage prepaid; (_X_) ECF Notification System; (__) E-mail; and/or (____) Hand Delivery this 14th day of October 2026, to:

Kirk D. Holman
Aiman A. Dvorak
Holman Schiavone LLC
4600 Madison Avenue, Suite 810
Kansas City MO 64112
816-283-8738
Fax: 816-283-8739
kholman@hslawllc.com
advorak@hslawllc.com

ATTORNEYS FOR PLAINTIFF

*/s/ Meghan H. Hanson*
Attorney for Defendant



121829128.1